1  FREDERICK G. SOLEY
   City Attorney, SBN 100270
2  **ALESIA JONES-MARTIN**
   Assistant City Attorney, SBN 154420
3  **CITY OF VALLEJO,** City Hall
   555 Santa Clara Street, Third Floor
4  P.O. Box 3068
   Vallejo, CA  94590
5  (707) 648-4545   FAX:  (707) 648-4687

6  Attorney for Defendant, KENT TRIBBLE

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  ALBERTA ROSE JONES,              )    **Case No. C04 02951 JW EAI**
                                     )
12                Plaintiff,         )    **ANSWER OF KENT TRIBBLE**
                                     )
13        v.                         )
                                     )
14                                   )
                                     )
15  PATRICIA COLEMAN, et al.,        )
                                     )
16                Defendant.         )
                                     )
17  _____    )

18      Defendant Kent Tribble answers the Plaintiff's Complaint for Damages as follows:

19      **I.      JURISDICTION**

20      1.  Answering the first paragraph of the Complaint, the Defendant is without sufficient

21  knowledge or information to form a belief as to the truth of and on that basis denies the

22  allegations contained therein.

23      2.   Answering the second paragraph of the Complaint, the Defendant is without

24  sufficient knowledge or information to form a belief as to the truth of and on that basis denies

25  the allegations contained therein.

26  / / /

27  / / /

28

1

## II.    PARTIES

2  1.   Answering the first paragraph of the Complaint, the Defendant is without sufficient

3 knowledge or information to form a belief as to the truth of and on that basis denies the

4 allegations contained therein.

5  2.   Answering the second paragraph of the Complaint, the Defendant is without

6 sufficient knowledge or information to form a belief as to the truth of and on that basis denies

7 the allegations contained therein.

8

## III.    STATEMENT OF FACTS

9  1.   Answering the first paragraph of the Complaint, the Defendant is without sufficient

10 knowledge or information to form a belief as to the truth of and on that basis denies the

11 allegations contained therein.

12  2.   Answering the second paragraph of the Complaint, the Defendant is without

13 sufficient knowledge or information to form a belief as to the truth of and on that basis denies

14 the allegations contained therein.

15  3.   Answering the third paragraph of the Complaint, the Defendant is without sufficient

16 knowledge or information to form a belief as to the truth of and on that basis denies the

17 allegations contained therein.

18  4.  Answering the fourth paragraph of the Complaint, the Defendant is without sufficient

19 knowledge or information to form a belief as to the truth of and on that basis denies the

20 allegations contained therein.

21  5.  Answering the fifth paragraph of the Complaint, the Defendant is without sufficient

22 knowledge or information to form a belief as to the truth of and on that basis denies the

23 allegations contained therein.

24  6.  Answering the sixth paragraph of the Complaint, the Defendant is without sufficient

25 knowledge or information to form a belief as to the truth of and on that basis denies the

26 allegations contained therein.

27

28

7.   Answering the seventh paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

8.   Answering the eighth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

9.   Answering the ninth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

10.  Answering the tenth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

11.   Answering the eleventh paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

12.   Answering the twelfth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

13.   Answering the thirteenth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

14.   Answering the fourteenth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

15.   Answering the fifteenth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

1   16.   Answering the sixteenth paragraph of the Complaint, the Defendant is without

2   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

3   the allegations contained therein.

4   17.   Answering the seventeenth paragraph of the Complaint, the Defendant is without

5   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

6   the allegations contained therein.

7   18.   Answering the eighteenth paragraph of the Complaint, the Defendant is without

8   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

9   the allegations contained therein.

10   19.   Answering the nineteenth paragraph of the Complaint, the Defendant is without

11   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

12   the allegations contained therein.

13   20.   Answering the twentieth paragraph of the Complaint, the Defendant is without

14   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

15   the allegations contained therein.

16   21.   Answering the twenty-first paragraph of the Complaint, the Defendant is without

17   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

18   the allegations contained therein.

19   22.   Answering the twenty-second paragraph of the Complaint, the Defendant is without

20   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

21   the allegations contained therein.

22   23.   Answering the twenty-third paragraph of the Complaint, the Defendant is without

23   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

24   the allegations contained therein.

25   24.   Answering the twenty-fourth paragraph of the Complaint, the Defendant is without

26   sufficient knowledge or information to form a belief as to the truth of and on that basis denies

27   the allegations contained therein.

28

1    25.   Answering the twenty-first paragraph of the Complaint, the Defendant is without

2    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

3    the allegations contained therein.

4    26.   Answering the twenty-sixth paragraph of the Complaint, the Defendant is without

5    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

6    the allegations contained therein.

7    27.   Answering the twenty-seventh paragraph of the Complaint, the Defendant is without

8    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

9    the allegations contained therein.

10    28.   Answering the twenty-eighth paragraph of the Complaint, the Defendant is without

11    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

12    the allegations contained therein.

13    29.   Answering the twenty-ninth paragraph of the Complaint, the Defendant is without

14    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

15    the allegations contained therein.

16    30.   Answering the thirtieth paragraph of the Complaint, the Defendant is without

17    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

18    the allegations contained therein.

19    31.   Answering the thirty-first paragraph of the Complaint, the Defendant is without

20    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

21    the allegations contained therein.

22    32.   Answering the thirty-second paragraph of the Complaint, the Defendant is without

23    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

24    the allegations contained therein.

25    33.   Answering the thirty-third paragraph of the Complaint, the Defendant is without

26    sufficient knowledge or information to form a belief as to the truth of and on that basis denies

27    the allegations contained therein.

28

34. Answering the thirty-fourth paragraph of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of and on that basis denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1.      As a first affirmative defense to each and every allegation and every Cause of Action set forth in the Complaint, the Defendant alleges that those causes of action fail to state any claim upon which relief can be granted.

2.      As a second affirmative defense to Plaintiff's Complaint, Defendant alleges that Plaintiff's claims are barred by the applicable statutes of limitation.

3.      As a third affirmative defense to Plaintiff's Complaint, Defendant alleges that Plaintiff was negligent and careless in and about matters and events set forth in the Complaint. Her negligence proximately contributed to her alleged injuries and damages. Any jury verdict in her favor that may be rendered in this case, therefore, must be reduced by the percentage that their negligence contributed to any of their damages or injuries.

4.      As a fourth affirmative defense to Plaintiff's Causes of Action in the Complaint, the Defendant alleges that they have qualified immunity from liability for matters set forth in the Complaint. (Harlow v. Fitzgerald [1982] 457 U.S. 800.)

5.      As a fifth affirmative defense to Plaintiff's Causes of Action in her Complaint, the Defendant alleges that any harm which came to Plaintiff was a direct and proximate cause of her own actions.

6.      As a sixth affirmative defense to Plaintiff's Causes of Action in the Complaint, the Defendant alleges that any of Plaintiff's alleged damages or injuries were aggravated by her failure to use reasonable diligence to mitigate them.

7.      As a seventh affirmative defense to Plaintiff's Causes of Action in the Complaint, the Defendant alleges that any of Plaintiff's damages or injuries were proximately caused by the negligence of other persons, firms, corporations or entities, for whom the defendants are not responsible. Should Plaintiff be entitled to recover under the Complaint,

1    her recovery should be reduced in proportion to the negligence of such other persons, firms,

2    corporations or entities.

3        8.    As a eighth affirmative defense to Plaintiff's Causes of Action in the Complaint,

4    Defendant alleges they were acting in their official capacities at all times relevant to this

5    action, and any alleged actions were made in good faith, without malice, or were performed

6    with a reasonable belief that their actions were authorized by and in accord with existing law

7    and authority.  Act Up!/Portland v. Bagley, 988 F.2d 868, 871 (9th Cir. 1993); Romero v.

8    Kitsap County, 931 F.2d 624, 627 (9th Cir. 1991).

9        9.  As a ninth affirmative defense to Plaintiff's Causes of Action in the Complaint,

10   Defendant alleges that his actions were privileged as a matter of law.   Consequently, no

11   liability can be cast upon them in their individual capacities.

12       10.  As a tenth affirmative defense to the Plaintiff's Causes of Action in the Complaint,

13   Defendant alleges  that to the extent Plaintiff attempts to allege state claims, these claims are

14   barred pursuant to California Government Code Sections 911.2, 911.4, 945.4, 946.6, 950.2,

15   950.6, 815.2, 815.6, 818.2, 818.8, 820, 820.2, 820.4, 820.8, 821, 821.6, 822.2, 844.6, 845, 845.2,

16   845.6, 846, 855, 855.8, 856 and 856.4.   Said sections are pleaded as though fully set forth

17   herein.

18                        **PRAYER FOR JUDGMENT**

19       The Defendant prays for judgment as follows:

20       1.    That Plaintiff takes nothing by her action;

21       2.    That the Defendant be awarded the costs of defending this lawsuit;

22       3.    Defendant have a judgment against the Plaintiff; and,

23       4.    For such other and further relief as this Court deems proper.

24

25   DATED:      October 25, 2004

26                                            _____
                                             ALESIA JONES-MARTIN
                                             Assistant City Attorney
27                                           Attorney for Defendant
                                             KENT TRIBBLE

28

1

2   ANSWER

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28